UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-04162-MRA-AJR | Date | July 28, 2026 |
| Title | *Akashdeep Singh v. Warden of Desert View Annex Detention Facility et al* | | |

| | |
|---|---|
| Present: The Honorable | MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Melissa H. Kunig | None Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER [4]**

On July 24, 2026, Petitioner Akashdeep Singh ("Petitioner") filed a Petition for Writ of Habeas Corpus, ECF 1, and a Motion for Temporary Restraining Order ("TRO Application"), ECF 4. Petitioner is currently detained by Immigration and Customs Enforcement ("ICE") and seeks a TRO enjoining Respondents from transferring him outside the jurisdiction of the Central District of California pending the resolution of his habeas petition. *Id.* at 2.

The Court issued General Order No. 26-05 to facilitate the expedited resolution of the influx of petitions for writs of habeas corpus filed by those in immigration detention. ECF 8. Pursuant to Section 2 of the General Order, the Court set a briefing schedule for the Petition: Respondents' answer is due by August 31, 2026, and Petitioner's reply is due no later than three days after the answer is filed. *Id.* In light of the expedited briefing schedule on the underlying habeas petition, the Court is not convinced that emergency relief is necessary, as any delay that may result from awarding Petitioner relief based on the habeas petition alone would be brief. *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008) (Petitioner "must establish . . . that he is likely to suffer irreparable harm in the absence of preliminary relief"). Moreover, the General Order requires the government to "provide at least two court days' notice to the petitioner, petitioner's counsel, and the Court of its intent to remove the petitioner from the Central District of California," thus addressing Plaintiff's concerns raised in the TRO Application. ECF 8 at 2. Consistent with Section 3 of the General Order, the Court will deny any renewed motion that fails to provide a specific showing that Petitioner will suffer "imminent, irreparable harm that cannot be addressed by the standard scheduling order or by expediting the briefing schedule."

Accordingly, Petitioner's TRO Application is **DENIED** without prejudice. Proceedings on the merits of Petitioner's underlying Petition will continue before the Magistrate Judge.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-04162-MRA-AJR | Date | July 28, 2026 |
| Title | *Akashdeep Singh v. Warden of Desert View Annex Detention Facility et al* | | |

- : -

Initials of Deputy Clerk mku