JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

AKASHDEEP SINGH,

Petitioner,

v.

WARDEN OF THE DESERT VIEW ANNEX DETENTION FACILITY, ET AL.,

Respondents.

Case No. 5:26-cv-04162-MRA-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is GRANTED. The Court declares that Petitioner Akashdeep Singh (A# 245-439-906) ("Petitioner") is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), but instead is detained pursuant to 8 U.S.C. § 1226(a). Respondents shall provide Petitioner with an individualized bond hearing before a neutral Immigration Judge within seven (7) days or release Petitioner if such hearing is not timely provided (except that if Petitioner requests a delay, then the hearing may be provided beyond the seven-day

deadline and Respondents shall grant any reasonable request for delay). At the bond hearing, the Government must bear the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community (for the avoidance of doubt, the Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard). Respondents shall file a notice of compliance no later than **three days after the bond hearing occurs.**

DATED: August 14, 2026

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE